CHARLES C. JOLLIFFE, Respondent, *v.* JOHN L. MILLER, Appellant.

*Jolliffe* v. *Miller*, 126 App. Div. 763, affirmed.
(Argued June 10, 1909; decided October 5, 1909.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered June

25, 1908, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover for personal injuries alleged to have been sustained through defendant's negligence in failing to properly guard the doorway to an elevator shaft.

*Wilson B. Brice* for appellant.

*Herbert C. Smyth, Francis L. Wellman, Sumner B. Stiles* and *Jacob G. Lazarus* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, WILLARD BARTLETT and CHASE, JJ.